■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN J. BURNS, Appellant. [38 NYS3d 479]—Motion for writ of

error coram nobis denied. Present—Centra, J.P., Carni, Lindley, DeJoseph and Troutman, JJ.